# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: MEDICAL REVIEW PANEL                    NO.   2021 CW 1315
GEORGE ABRAMS (D)


**JANUARY 31, 2022**

---

In Re:     Thomas Abrams, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 665084.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

    **WRIT DENIED.**

                         **JMM**
                         **WIL**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT